■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK SMITH, Appellant. [37 NYS3d 877]—Judgment, Supreme Court, Bronx County (Troy K. Webber, J.), rendered March 2, 2012, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him, as a second

felony offender, to a term of 7½ to 15 years, unanimously modified, on the law, to the extent of reducing the amounts of the mandatory surcharge and crime victim assistance fee to $150 and $5, respectively, and otherwise affirmed.

Since the crime was committed before the effective date of the legislation increasing the mandatory surcharge and crime victim assistance fee, defendant's sentence is unlawful to the extent indicated. Concur—Friedman, J.P., Andrias, Richter, Gische and Kahn, JJ.